CHARLES H. HORTON *vs.* HENRY E. SIMMONS, Administrator.

PROVIDENCE—MAY 11, 1897.

PRESENT : Matteson, C. J., Stiness and Tillinghast, JJ.

From time to time between 1869 and 1873 a married woman deposited money in a bank for the benefit of her son. Upon her death, her husband living, the son brought assumpsit against her administrator to recover the money:

*Held*, that the coverture of the defendant's intestate was a bar to the action, and the plaintiff's remedy was by bill in equity to establish a trust and for an account.

ASSUMPSIT for money deposited for the plaintiff's benefit. Heard on the latter's petition for a new trial.

PER CURIAM. We think that the coverture of the defendant's intestate is a defence to the plaintiff's suit, and that his remedy is by bill in equity to establish a trust and for an account.

*Charles H. Page and Franklin P. Owen*, for plaintiff.

*Simon S. Lapham, Edward D. Bassett and Robert W. Burbank*, for defendant.